UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| YOPRO ENTERPRISES, LLC<br>    Plaintiff | CIVIL ACTION NO. 2:22-CV-00651 |
| Versus | JUDGE JAMES D. CAIN, JR. |
| UNDERWRITERS AT LLOYD'S<br>LONDON (LLOYDS OF LONDON)<br>    Defendant | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT OF DISMISSAL

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the claims of Plaintiff, Yopro Enterprises, LLC, against Defendants, Certain Underwriters at Lloyd's London subscribing to policy no. UIG-19-3831 (referred to in the Complaint as "Certain Underwriters at Lloyd's, London"), are hereby dismissed with prejudice, each party to bear their own costs.

THUS DONE AND SIGNED in Chambers this 27th day of September, 2022.

_/s/ James D. Cain, Jr._
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE